

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Henry Clay McCant, Appellant

No. 06-23-00008-CV        v.

Caliber Home Loans, Inc., Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 22C140). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, Henry Clay McCant, pay all costs incurred by reason of this appeal.

RENDERED JUNE 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk